Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), and the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

BEFORE THE THIRD DIVISION, MARCH 28, 1957

**No. 60582.**—Ebeling & Reuss Company v. United States, protests 189509–K, etc. (Philadelphia).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 60583.**—S. H. Kress & Co. v. United States, protests 245564–K and 245565–K (San Francisco).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise described on the invoices as item No. 3213X, china platter, 14 inches, consists of tableware or kitchenware, not containing 25 percent or more of calcined bone, not hotel or restaurant ware or utensils, other than plates, cups, or saucers, valued over $11.50 but not over $18 per dozen pieces, the claim of the plaintiff was sustained.

**No. 60584.**—O. K. Simson Co. v. United States, protests 271883–K, 271120–K, and 273101–K (New York).